OPINION — AG — 19 O.S. 1971 354 [19-354] AND 69 O.S. 1971 640 [69-640], 69 O.S. 1971 641 [69-641], 69 O.S. 1971 642 [69-642] 69 O.S. 1971 643 [69-643] ARE NOT IN CONFLICT WITH ARTICLE X, SECTION 19 (EVERY TAX LEVIED MUST STATE FOR WHAT THE TAXES IS TO BE USED, CONSTRUCTION OF HIGHWAYS BOARD OF COUNTY COMMISSIONER HAVE AUTHORITY TO USE AND OPERATE ANY TRUCKS OR AUTOMOBILES, OWNED BY THE COUNTY) CITE: ARTICLE X, SECTION 19, 68 O.S. 1971 504 [68-504] 68 O.S. 1971 519 [68-519](B), 19 O.S. 1971 354 [19-354] [19-354], OPINION NO. 65-238, 19 O.S. 1971 355 [19-355] [19-355], OPINION NO. MARCH 28, 1956 — ?, 68 O.S. 1971 519 [68-519] (ANGELA ABLES)